DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 4:03CR00198 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Calvin N. Moore | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

The defendant Calvin N. Moore and his counsel Debra Migdal appeared before this Court on April 19, 2011. A report and recommendation was filed on March 31, 2011. (See docket #28). The Court adopts the report and recommendation of Magistrate Judge George J. Limbert and finds the defendant in violation of his terms and conditions of supervised release.

IT IS ORDERED that the defendant's supervision is revoked and defendant be committed to the custody of the Bureau of Prisons for a period of three (3) months. Upon release from confinement the term of supervised release is terminated.

IT IS SO ORDERED.

| | |
|---|---|
| April 19, 2011 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |